UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DALE OLIVER,

    Plaintiff,

    v.                         Case No. 3:13-cv-00337

ENHANCED RECOVERY COMPANY, LLC,

    Defendant.

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, DALE OLIVER, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

RESPECTFULLY SUBMITTED,

DATED: May 31, 2013

By: /s/ Michael McNulty
Michael McNulty – Local Counsel
McNulty & Associates
211 Printers Alley, Suite 400
Nashville, Tennessee 37201
Tennessee Bar Number 025974

1

NOTICE OF SETTLEMENT

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2013, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

By: /s/ Michael McNulty
Michael McNulty, Esq.
Attorney for Plaintiff