UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DALE OLIVER,

    Plaintiff,

    v.                             Case No. 3:13-cv-00337

ENHANCED RECOVERY COMPANY, LLC,

    Defendant.

## NOTICE OF VOLUNTARY DISMISSAL

DALE OLIVER (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions-Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, ENHANCED RECOVERY COMPANY, LLC (Defendant), in this case.

RESPECTFULLY SUBMITTED,

DATED: June 20, 2013

By: /s/ Michael McNulty
Michael McNulty – Local Counsel
McNulty & Associates
211 Printers Alley, Suite 400
Nashville, Tennessee 37201
Tennessee Bar Number 025974

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2013, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

By: /s/ Michael McNulty
Michael McNulty, Esq.
Attorney for Plaintiff