UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| DALE OLIVER ) | |
| ) | |
| Plaintiff, ) | Case No. 3:13-cv-0337 |
| ) | Judge Campbell |
| v. ) | |
| ) | |
| ENHANCED RECOVERY COMPANY, LLC ) | |
| ) | |
| Defendant. ) | |

ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on June 20, 2013.

KEITH THROCKMORTON, CLERK

s/ Leathelia Fernandez Allen